RECEIVED
IN MONROE, LA
MAY 15 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SPIKE GONZALES | CIVIL ACTION NO. 07-2156 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

Having fully reviewed the record in this matter, including all objections, for the reasons set forth in this Court's Ruling, adopting in part the Report and Recommendation of Magistrate Judge Karen L. Hayes,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Spike Gonzales's medical care claims against Defendants Smith and Pendergrass are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Gonzales's conditions of confinement claims against Defendants Brown and Pendergrass are DISMISSED WITH PREJUDICE. To the extent that Gonzales requested injunctive relief, his claims are DISMISSED AS MOOT. To the extent that Gonzales requested monetary damages, he has failed to state a claim because he has failed to allege a physical injury.

IT IS FURTHER ORDERED that Gonzales's new claim against Defendant Brown based on alleged physical retaliation for Gonzales's filing of ARPs is REMANDED to Magistrate

Judge Hayes for further proceedings.

MONROE, LOUISIANA, this 15 day of May, 2008.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**